JOSEPHUS F. RUFF *v.* WALTER R. MONTGOMERY.

SUPREME COURT. *Jurisdiction. Suits begun in justice's court. Defective record. Dismissal.*

The supreme court has no jurisdiction of a suit begun in the court of a justice of the peace, where the record does not show the proceedings in that court, nor a bond for appeal therefrom to the circuit court, and the case will be dismissed by the supreme court of its own motion.

FROM the circuit court of Marshall county.

HON. PERRIN H. LOWREY, Judge.

Ruff, appellant, was plaintiff, and Montgomery, appellee, was defendant in the court below. From a judgment in defendant's favor, plaintiff sought to appeal to the supreme court. The defects of the record upon which the supreme court acted in dismissing the appeal are fully stated in the opinion of the court.

*C. Lee Crum,* for appellant.

*W. A. Belk,* for appellee.

CALHOON, J., delivered the opinion of the court.

This record discloses no appeal bond from the court of the justice of the peace, nor any record of the proceedings in that court, and so the circuit court was without jurisdiction to entertain the appeal, and therefore the appeal to this court must be dismissed. *Gardner* v. *Railroad,* 78 Miss., 643, 29 South., 470. But, in the language of the opinion in that case, "we will rein-

state the case if appellant will, by *certiorari,* complete his rec-
ord, but on the condition that the appellant shall pay all the
costs of the appeal to this court."

*Appeal dismissed.*

[Afterward, the record having been perfected, the case was again docketed, heard, and
submitted, and a decision rendered on the merits. See *Ruff* v. *Montgomery,* the case next
following.]